# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| LAURENCE PASKOWITZ, Individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) CAPITALA FINANCE CORP., JOSEPH B., ) ALALA III, and STEPHEN A. ARNALL, ) ) Defendants. ) _____ ) | Civil Action No. 3:18-cv-00096-RJC-DSC |

## ORDER GRANTING
## JOINT CONSENT MOTION FOR SCHEDULING ORDER

THIS MATTER is before the Court on the "Joint Consent Motion for Scheduling Order" (document #35) filed by Plaintiff Laurence Paskowitz and Defendants Capitala Finance Corp., Joseph B. Alala III, and Stephen A. Arnall. After conferring with the chambers of the Honorable Robert J. Conrad, Jr., the Court hereby orders as follows:

1. Defendants shall not be required to respond to the Initial Complaint.

2. Within five business days following the appointment of a Lead Plaintiff, the party appointed as Lead Plaintiff and Defendants shall meet and confer and submit a proposed scheduling order to the Court setting forth: (1) a proposed deadline for the filing of an amended complaint; and (2) a proposed briefing schedule for a motion to dismiss the amended complaint.

3. The Clerk is directed to send copies of this Order to counsel of record; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: March 8, 2018

_____
David S. Cayer
United States Magistrate Judge