# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00096-RJC-DSC

| | |
|---|---|
| LAURENCE PASKOWITZ, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| CAPITALA FINANCE CORP., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission Pro Hac Vice and Affidavit [for Benjamin Warren Pope and Bethany M. Rezek]" (documents #36-37) filed March 8, 2018. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel of record; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED.**

Signed: March 8, 2018

_____
David S. Cayer
United States Magistrate Judge