# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00096-RJC-DSC

| | |
|---|---|
| LAURENCE PASKOWITZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAPITALA FINANCE CORP., et al., )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion for Admission of Phillip Kim Pro Hac Vice" (document #41) filed March 15, 2018. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel of record; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED.**

Signed: March 16, 2018

David S. Cayer
United States Magistrate Judge