# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00096-RJC-DSC

| | |
|---|---|
| LAURENCE PASKOWITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| CAPITALA FINANCE CORP., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on the "Motion for Admission of Laurence M. Rosen Pro Hac Vice" (document #44) filed March 19, 2018. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel of record and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED.**

Signed: March 20, 2018

David S. Cayer
United States Magistrate Judge