# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| LAURENCE PASKOWITZ, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAPITALA FINANCE CORP. JOSEPH B., )<br>ALALA III, and STEPHEN A. ARNALL, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No.<br>3:18-cv-00096-RJC-DSC |

## ORDER GRANTING
## JOINT CONSENT MOTION FOR SCHEDULING ORDER

This matter having come before the Court on the Joint Consent Motion for Scheduling Order (the "Motion") filed by Lead Plaintiff Karen Story ("Lead Plaintiff") and Defendants Capitala Finance Corp., Joseph B. Alala III, and Stephen A. Arnall (collectively, "Defendants"), and good cause to grant the Motion appearing, the Court hereby orders as follows:

1. Lead Plaintiff shall file her amended complaint on or before June 19, 2018.

2. Defendants shall file their opening brief in support of the motion to dismiss the amended complaint on or before August 7, 2018.

3. Lead Plaintiff shall file her opposition to the motion to dismiss the amended complaint on or before September 21, 2018.

4. Defendants shall filed their reply brief in further support of the motion to dismiss the amended complaint on or before October 19, 2018.

5. In the event that Defendants' motion to dismiss the amended complaint is denied in whole or in part, the parties shall meet and confer within thirty days of any such order and

submit a proposed scheduling order to the Court for the case moving forward. Defendants shall be relieved from filing an answer to the amended complaint pending the submission of such scheduling order.

**SO ORDERED.**

Signed: May 4, 2018

David S. Cayer
United States Magistrate Judge