# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00096-RJC-DSC

| | |
|---|---|
| LAURENCE PASKOWITZ, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | **ORDER**<br>)<br>) |
| CAPITALA FINANCE CORP. et al., | )<br>) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice of Jacob Goldberg" (document # 50) filed May 15, 2018. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: May 16, 2018

_____
David S. Cayer
United States Magistrate Judge