IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
File No. 3:18-CV-00096-KDB-DSC

| | |
|---|---|
| LAURENCE PASKOWITZ, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITALA FINANCE CORP., JOSEPH B. ALALA III, and STEPHEN A. ARNALL,<br><br>Defendants. | JOINT MOTION FOR ENTRY OF ORDER OF FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE |

Defendants Capitala Finance Corp. ("Capitala"), Joseph B. Alala III, and Stephen A. Arnall (collectively with Capitala, "Defendants"), and Lead Plaintiff Karen Story and plaintiff Laurence Paskowitz (collectively, "Plaintiffs," and together with Defendants, the "Parties"), respectfully request that this Court enter an order of final judgment and dismissal with prejudice. In support of this request, the Parties state as follows:

1. On June 19, 2018, Plaintiffs filed the Amended Class Action Complaint for Violation of the Federal Securities Laws ("Amended Complaint"). Dkt. 52. The Amended Complaint alleged certain violations of the federal securities laws, including, inter alia, that Defendants made certain materially false and misleading statements and omissions in violation of the Securities Exchange Act of 1934. *Id.*

2. On August 14, 2018, Defendants filed a Motion to Dismiss the Amended Complaint. Dkt. 56–58.

3. On August 15, 2019, this Court entered an order dismissing the Amended Complaint without prejudice, and allowing Plaintiffs 30 days to file a motion seeking to further amend the Amended Complaint. Dkt. 72.

4. On September 16, 2019, Plaintiffs filed a Notice of Intent Not to File a Second Amended Complaint (the "Notice"). Dkt. 74. In the Notice, Plaintiffs stated their intent not to file a second amended complaint, and requested the Court enter an order of final judgment and dismissal.

WHEREFORE, the Parties hereby jointly and respectfully request that this Court enter an Order of final judgment and dismissal with prejudice. A proposed order is attached hereto.

Respectfully submitted, this 23rd day of October, 2019.

/s/ Keith Lorenze
Jacob Goldberg (*pro hac vice*)
Keith Lorenze
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: jgoldberg@rosenlegal.com

*Lead Counsel for Plaintiff and Class*

/s/ Gary W. Jackson
Gary W. Jackson #13976
THE LAW OFFICES OF
JAMES SCOTT FARRIN
280 South Mangum Street, Suite 400
Durham, NC 27701
Telephone: 919-688-4991
Email: gjackson@farrin.com

*Liaison Counsel for Plaintiffs and Class*

/s/ B. Warren Pope
B. Warren Pope (Ga. Bar No. 583723)
Bethany M. Rezek (Ga. Bar No. 553771)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5100
wpope@kslaw.com
brezek@kslaw.com

*Special Appearance Counsel for Defendants*

/s/ Cory Hohnbaum
Cory Hohnbaum (N.C. Bar No. 17453)
300 South Tryon Street
Suite 1700
Charlotte, North Carolina 28202
Telephone: (704) 503-2600
Fax: (704) 503-2622
chohnbaum@kslaw.com

*Local Civil Rule 83.1 Counsel for Defendants*

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this day a copy of the foregoing was filed and served using the Court's CM/ECF system which will send notification of such filing to ECF registered participants.

Dated this 23rd day of October, 2019.

*/s/ B. Warren Pope*
B. Warren Pope (Ga. Bar No. 583723)
Bethany M. Rezek (Ga. Bar No. 553771)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5100
wpope@kslaw.com
brezek@kslaw.com

*Special Appearance Counsel for Defendants*

*/s/ Cory Hohnbaum*
Cory Hohnbaum (N.C. Bar No. 17453)
300 South Tryon Street
Suite 1700
Charlotte, North Carolina 28202
Telephone: (704) 503-2600
Fax: (704) 503-2622
chohnbaum@kslaw.com

*Local Civil Rule 83.1 Counsel for Defendants*