# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Laurence Paskowitz<br>Karen Story**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18-cv-00096-KDB-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Stephen A. Arnall<br>Capitala Finance Corp.<br>Joseph B. Alala, III**,** | ) | |
| Defendant(s). | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 15, 2019 Order.

October 25, 2019

Frank G. Johns, Clerk
United States District Court